SEABOARD AIR LINE RAILWAY COMPANY, A CORPORATION, *Plaintiff in Error*, v. W. C. GRIMES, *Defendant in Error*.

Division B.

Opinion Filed June 13, 1925.

In an action brought under the statute against a railroad company to recover double damages for stock killed on the track that was not fenced, and also to recover attorney fees, where the liability of the defendant is not clearly shown and there is an award of apparently excessive attorney fees, the judgment will be reversed for a new trial.

A Writ of Error to the Circuit Court for Marion County; W. S. Bullock, Judge.

Judgment reversed.

*L. N. Green*, for Plaintiff in Error;

*W. K. Zewadski*, for Defendant in Error.

PER CURIAM.—This writ of error was taken to a judgment awarding $200.00 double damages and $62.00 as attorney fees for a cow killed by a train. There appears to be no evidence to sustain an apparently excessive allowance of

attorney fees, and it is not clear that a failure to comply with the legal requirements of the statute as to fencing railroad tracks was a proximate cause of the killing of the cow so as to warrant a recovery of double damages.

The cow was between the main line and a side track eating melons dropped where cars were loaded with melons, and went on the track in front of an approaching train at a flag station where side tracks were used for loading melons, etc.

Under the circumstances the judgment should be and is reversed for a new trial.

WEST, C. J., AND WHITFIELD, ELLIS, TERRELL AND STRUM, J. J., concur.